UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BENJAMIN,<br><br>    Plaintiff,<br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC, TRANS UNION LLC, AND DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:21-cv-01400-DSF-SP<br><br>Hon. Dale S. Fischer<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO CREDENCE RESOURCE MANAGEMENT, LLC** |

   IT IS SO ORDERED that, pursuant to the Stipulation of Plaintiff Dean Benjamin ("Plaintiff") and Defendant Credence Resource Management, LLC, this matter is dismissed as to Defendant Credence Resource Management, LLC only **with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court retains jurisdiction for 60 days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

   Each party shall bear their own costs and attorneys' fees.

DATED this  4TH  day of    October    , 2021.

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE